JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES, | Case No. CV 11-2410-CJC (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| WARDEN CASH, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 30, 2011

```
                                   CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE
```

1